LOWERY ET AL.
vs.
LANSING.

=====

### LOWERY ET AL. vs. LANSING.

APPEAL FROM THE COURT OF THE SIXTH JUDICIAL DISTRICT, THE
JUDGE OF THE SEVENTH PRESIDING.

An attachment may issue when both plaintiff and defendant reside out of
the state, and even before the debt becomes due.

A new surety in an attachment bond may be substituted, and the first one
made a witness for the plaintiff, if no liability has *already* accrued on the
bond at the trial.

This is an attachment suit by the plaintiffs, who reside in
New-York, against the defendant, who styles himself " of

Natchitoches, Louisiana," in the note sued on. The attachment issued before the note became due, on the affidavit of one of the plaintiffs, that the defendant had removed to Texas, and was about to remove his property there.

On motion by defendant to dissolve the attachment, the plaintiff offered to substitute a new surety in the attachment bond, in order to make the first one a witness, which was opposed, and the opposition sustained.

There was judgment dissolving the attachment, and the plaintiff appealed.

*Winn* and *Spaulding* for the plaintiffs.

*Dunbar*, contra.

*Martin, J.,* delivered the opinion of the court.

This case does not differ in any material part from that of Tyson et al. *vs.* the same defendant, which has just been decided, *vide ante*, 445. The same judgment must be rendered in this case, as was given in that one.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be annulled, avoided and reversed, and the case remanded with directions to the district judge, to allow the plaintiffs to substitute a new bond for the former one. The defendant and appellee paying the costs of the appeal.

WESTERN DIST.
*October*, 1836.

LOWERY ET AL.
*vs.*
LANSING.

An attachment may issue when both plaintiff and defendant reside out of the state, and even before the debt becomes due.

A new surety in an attachment may be substituted, and the first one made a witness for the plaintiff, if no liability has *already* accrued on the bond at the trial.